UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BARBEL NANJO, aka BARBARA NANJO,            Case No.: 07-CV-06140 (PAC)

       Plaintiff,                                       **NOTICE OF APPEARANCE**

vs.

ROBERT KULACZ, D.D.S.,

       Defendant.
-----------------------------------------------------------X

    **PLEASE TAKE NOTICE,** that the undersigned appears in this matter on behalf of the plaintiff, and demands that all notices and other papers be served upon the undersigned at the Law Office of **STEVEN C. RAUCHBERG, P.C., Empire State Building, 350 Fifth Avenue, Suite 2310, New York, N.Y. 10118.**

Dated:  New York, NY
          July 13, 2007

                                                                _____/S_____
                                                                 Steven C. Rauchberg (SR0745)

                                                                  STEVEN C. RAUCHBERG, P.C.
                                                                  Co-Attorney for Plaintiff
                                                                  Empire State Building
                                                                  350 Fifth Avenue, Suite 2310
                                                                  New York, N.Y. 10118
                                                                  (212) 971-9090

To:

Southern District Court Clerk

Law Office of David J. Wilzig
Attorney for Plaintiff
1801 Century Park East
Los Angeles, CA 90067
(310) 286-2711

Thomas J. Doyle, Esq.
Schuering, Zimmerman, Scully, Tweedy & Doyle
Attorney for Defendant
400 University Avenue
Sacramento, CA 95825
(916) 567-0400