# KOLENOVSKY SPIEGEL & CAPUTO

ATTORNEYS AT LAW

MARYANNE KOLENOVSKY
WILLIAM S. SPIEGEL
KELLY A. CAPUTO

STEPHANIE J. RODIN
ROBYN S. GOLDFARB
DANIELLE GIOVINCO
JOHN D. KATZ
ELISA R. KARNIS
JERRY C. GUARINO*

*OF COUNSEL

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 20 2007
```

July 19, 2007

*[Handwritten endorsement: July 20, 2007 — The application for an adjournment is denied. So Ordered. Paul Crotty, USDJ]*

**VIA FACSIMILE ONLY (AS PER I.P. RULE 1C)**
**(212) 805-6304**

The Hon. Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street – Chambers 735
New York, New York 10007

Re:         Nanjo v. Kulacz
Case No.:   07-CV-06140 (PAC)
Our File No.: AFF90083

Dear Hon. Judge Crotty:

Please allow this correspondence to serve as our written request pursuant to the Individual Practice Rule 1E that the conference presently scheduled for 3:15pm on Tuesday, July 24, 2007 be adjourned.

There have been no previous requests made to adjourn this conference. This request for adjournment is made in order to permit our office to obtain the complete litigation file on this matter and complete the process of executing substitution of attorney documents.

We have sought consent for the adjournment request from the two attorneys representing plaintiff. However, due to the travel plans previously made by counsel for the plaintiff based in California, they are unwilling to consent to the request. Mr. Wilzig has informed this office that he now has confirmed flight plans to leave California Monday morning in order to appear at the Tuesday afternoon conference. He has further requested that we inform the Court that cancellation of this flight would subject him to a penalty fee at this time.

As the Court is aware, the present matter under case number 07-CV-06140 (PAC) was severed from an action that has been pending in the United States District Court for the District of Nevada under

*MEMO ENDORSED*

case number 3:06-CV-00505-ECR-(VPC). We have been recently retained to represent the defendant Robert Kulacz, D.D.S. in connection with the above-referenced matter pending in the Southern District of New York and as such, have not yet been able to complete the process of obtaining all of the file materials and executing and filing the substitution of attorney documents.

Thank you in advance for your consideration.

Very truly yours,

John D. Katz (JK1773)

CC:

**VIA FACSIMILE (212) 594-9829**

Steven C. Rauchberg, P.C.
Co-Attorney for Plaintiff
Empire State Building
350 Fifth Avenue, Suite 2310
New York, New York 10118

**VIA FACSIMILE (310) 286-2711**

David J. Wilzig, Esq.
Attorney for Plaintiff
1801 Century Park East
Suite 2200
Los Angeles, California 90067