USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 5 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BARBEL NANJO, aka BARBARA NANJO,

           Plaintiff,

vs.

ROBERT KULACZ, D.D.S.,

           Defendant.
-----------------------------------------------------------X

Case No.: 07-CV-06140 (PAC)

**ORDER FOR ADMISSION
PRO HAC VICE ON
WRITTEN MOTION**

Upon the motion of Steven C. Rauchberg, Esq., attorney for Plaintiff BARBEL NANJO, aka BARBARA NANJO, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicants Name: | DAVID J. WILZIG, Esq. |
| Firm Address: | 1801 Century Park East, Suite 2200<br>Los Angeles, CA 90067 |
| Phone Number: | (310) 286-1188 |
| Fax Number: | (310) 286-2711 |
| Email Address: | djwilzig@earthlink.net |

is admitted to practice pro hac vice as counsel for Plaintiff BARBEL NANJO, aka BARBARA NANJO, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Since this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, New York
      JUL 2 4 2007

_____
United States District/~~Magistrate~~ Judge