

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BARBEL NANJO, aka BARBARA NANJO,  Case No.: 07-CV-06140 (PAC)

    Plaintiff,

**MOTION TO ADMIT COUNSEL**
**PRO HAC VICE**

vs.

ROBERT KULACZ, D.D.S.,

    Defendant.
------------------------------------------------------------X

    PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Steven C. Rauchberg, Esq., a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicants Name: | DAVID J. WILZIG, Esq. |
| Firm Address: | 1801 Century Park East, Suite 2200<br>Los Angeles, CA 90067 |
| Phone Number: | (310) 286-1188 |
| Fax Number: | (310) 286-2711 |

There are no pending disciplinary proceedings against DAVID J. WILZIG, ESQ. in any State or Federal Court.

Dated: New York, NY
       July 17, 2007

                                              Steven C. Rauchberg (SR0745)

                                              STEVEN C. RAUCHBERG, P.C.
                                              Co-Attorney for Plaintiff
                                              Empire State Building
                                              350 Fifth Avenue, Suite 2310
                                              New York, N.Y. 10118
                                              Tel. (212) 971-9090
                                              Fax (212) 594-9829

To:

Southern District Court Clerk

Law Office of David J. Wilzig
Attorney for Plaintiff
1801 Century Park East
Los Angeles, CA 90067
(310) 286-2711

Joel G. Selik, Esq.
Co-Attorney for Plaintiff
731 Mall Ring Circle, Ste. 215
Henderson, NV 89014
(702) 243-1930

Thomas J. Doyle, Esq.
Schuering, Zimmerman, Scully, Tweedy & Doyle
Attorney for Defendant
400 University Avenue
Sacramento, CA 95825
(916) 567-0400

Kim I. Mandelbaum, Esq.
2012 Hamilton Lane
Las Vegas, NV 89106
(702) 367-1234

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BARBEL NANJO, aka BARBARA NANJO,                Case No.: 07-CV-06140 (PAC)

              Plaintiff,                     **AFFIDAVIT OF STEVEN C.
                                                RAUCHBERG IN SUPPORT
vs.                                             OF MOTION TO ADMIT
                                                COUNSEL PRO HAC VICE**

ROBERT KULACZ, D.D.S.,

              Defendant.
----------------------------------------------------------X

    Steven C. Rauchberg, being duly sworn, hereby deposes and says as follows:

    1.    I am co-counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit David J. Wilzig, Esq. as counsel pro hac vice to represent the Plaintiff in this matter.

    2.    I am a member in good standing of the bar of the State of New York and was admitted to practice law on January 10, 1994. I was also admitted to the bar of the United States District Court for the Southern District of New York on May 10, 1994, and am in good standing with this Court.

    3.    I have known David J. Wilzig, Esq. since May, 2007 and I am familiar with his experience, education and expertise. My knowledge is based on interaction I have had with attorney Wilzig, discussions I have had with attorneys who have known him for years and based upon press accounts of attorney Wilzig's accomplishments. I have found attorney Wilzig to be a skilled attorney and person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure. It is respectfully submitted that David J. Wilzig, Esq.'s admission will benefit plaintiff as this action concerns an area of expertise in which attorney

Wilzig has vast experience.

4. Accordingly, I am pleased to move for the admission of David J. Wilzig, Esq. pro hac vice.

5. I respectfully submit a proposed Order granting admission of David J. Wilzig, Esq., pro hac vice, which is attached hereto as Exhibit A. A certificate of good standing from the State Bar of California, dated July 11, 2007, is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit David J. Wilzig, Esq., pro hac vice, to represent plaintiff in the above captioned matter, be granted.

Dated: New York, New York
July 17, 2007

Respectfully submitted,

Steven C. Rauchberg (SR0745)

Sworn to before me this 17th
Day of July, 2007

Notary Public

Anthony C. Baker
Notary Public, State of New York
No. 01BA5052740
Qualified in Richmond County
Commission Expires 12 | 07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BARBEL NANJO, aka BARBARA NANJO,            Case No.: 07-CV-06140 (PAC)

        Plaintiff,                    **ORDER FOR ADMISSION**
                                            **PRO HAC VICE ON**
vs.                                         **<u>WRITTEN MOTION</u>**

ROBERT KULACZ, D.D.S.,

        Defendant.
-----------------------------------------------------------X

    Upon the motion of Steven C. Rauchberg, Esq., attorney for Plaintiff BARBEL NANJO, aka BARBARA NANJO, and said sponsor attorney's affidavit in support;

    **IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicants Name: | DAVID J. WILZIG, Esq. |
| Firm Address: | 1801 Century Park East, Suite 2200<br>Los Angeles, CA 90067 |
| Phone Number: | (310) 286-1188 |
| Fax Number: | (310) 286-2711 |
| Email Address: | djwilzig@earthlink.net |

is admitted to practice pro hac vice as counsel for Plaintiff BARBEL NANJO, aka BARBARA NANJO, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Since this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov</u>. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, New York

 

                                                                  _____
                                                                  United States District/Magistrate Judge

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

July 11, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DAVID JOHN WILZIG, #056232 was admitted to the practice of law in this state by the Supreme Court of California on June 29, 1973; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; that the public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

Certificate of Mailing

    Steven C. Rauchberg, certifies under penalty of perjury that on July 17, 2007 I served the annexed Motion to Admit Counsel Pro Hac Vice on the following counsel by depositing a copy of same, enclosed in a first class postpaid properly addressed wrapper, in a post office/depository under the exclusive care and custody of the US Postal Service, within New York, directed to the counsel's address set forth below, being the address designated by said attorney for that purpose:

Law Office of David J. Wilzig
1801 Century Park East
Los Angeles, CA 90067

Joel G. Selik, Esq.
731 Mall Ring Circle, Ste. 215
Henderson, NV 89014

Thomas J. Doyle, Esq.
Schuering, Zimmerman, Scully, Tweedy & Doyle
400 University Avenue
Sacramento, CA 95825

Kim I. Mandelbaum, Esq.
2012 Hamilton Lane
Las Vegas, NV 89106

Dated: New York, New York
       July 17, 2007

                                              Steven C. Rauchberg