UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BARBEL NANJO, aka BARBARA NANJO,

                Plaintiff,

vs.

ROBERT KULACZ, D.D.S.,

                Defendant.
-----------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07

Case No.: 07-CV-06140 (PAC)

STIPULATION AND
ORDER OF DISMISSAL

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties hereto, that this case be dismissed with prejudice and without costs to either party.

Dated: September 4, 2007

LAW OFFICE OF DAVID WILZIG

By_____
David F. Wilzig, Esq. (DW [3069])
Attorney for Plaintiff
1801 Century Park East
Los Angeles, CA 90067
(310) 286-2711

STEVEN C. RAUCHBERG, P.C.

By_____
Steven C. Rauchberg, Esq. (SR0745)
Co-Attorney for Plaintiff
350 Fifth Avenue, Suite 2310
New York, N.Y. 10118
(212) 971-9090

Kolenovsky, Speigel & Caputo

By_____
JMH / KSR (JK 1773)
Attorney for Defendant
135 West 29th Street, Suite 801
New York, N.Y. 10001
(212) 760-2222

SO ORDERED this 3 day of October, 2007

_____
Hon. Paul A. Crotty
U.S. District Court Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BARBEL NANJO, aka BARBARA NANJO,

            Plaintiff,

vs.

ROBERT KULACZ, D.D.S.,

            Defendant.
------------------------------------------------------------X

Case No.: 07-CV-06140 (PAC)

STIPULATION AND
ORDER OF DISMISSAL

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties hereto, that this case be dismissed with prejudice and without costs to either party.

Dated: September 4, 2007

LAW OFFICE OF DAVID WILZIG

By_____
David J. Wilzig, Esq. (DW 4969)
Attorney for Plaintiff
1801 Century Park East
Los Angeles, CA 90067
(310) 286-2711

STEVEN C. RAUCHBERG, P.C.

By_____
Steven C. Rauchberg, Esq. (SR0745)
Co-Attorney for Plaintiff
350 Fifth Avenue, Suite 2310
New York, N.Y. 10118
(212) 971-9090

Kolenovsky, Speigel & Caputo

By_____
Attorney for Defendant
135 West 29th Street, Suite 801
New York, N.Y. 10001
(212) 760-2222

BARBEL NANJO, aka BARBARA NANJO

By  B. Nanjo
Plaintiff, representing herself
3201 College Place, Apt. 162
Lemon Grove, CA 91945
(619) 668-6948
Date: September 26/2007

SO ORDERED this ___ day of _____, 2007

See ps 1
_____
Hon. Paul A. Crotty
U.S. District Court Judge

